IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dale, Amy F | Case Number: 04 B 39634 |
| | Judge: Hollis, Pamela S |
| Printed: 9/12/06 | Filed: 10/25/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 1, 2006
Confirmed:   January 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 24,700.00 | |
| Secured: | | 14,174.46 |
| Unsecured: | | 7,385.59 |
| Priority: | | 0.00 |
| Administrative: | | 855.20 |
| Trustee Fee: | | 1,161.32 |
| Other Funds: | | 1,123.43 |
| Totals: | 24,700.00 | 24,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 855.20 | 855.20 |
| 2. | Harris Bank | Secured | 8,489.24 | 8,489.24 |
| 3. | Harris Bank | Secured | 5,685.22 | 5,685.22 |
| 4. | Educational Credit Management Corp | Unsecured | 0.00 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 7,239.05 | 1,191.09 |
| 6. | American General Finance | Unsecured | 2,889.66 | 475.47 |
| 7. | Harris Bank | Unsecured | 2,246.10 | 369.57 |
| 8. | Harris Bank | Unsecured | 4,652.34 | 765.50 |
| 9. | Discover Financial Services | Unsecured | 7,757.23 | 1,276.29 |
| 10. | Resurgent Capital Services | Unsecured | 5,666.47 | 932.33 |
| 11. | World Financial Network Nat'l | Unsecured | 393.71 | 55.64 |
| 12. | Resurgent Capital Services | Unsecured | 2,665.78 | 438.63 |
| 13. | Bank One | Unsecured | 563.72 | 79.69 |
| 14. | Resurgent Capital Services | Unsecured | 2,268.12 | 373.20 |
| 15. | World Financial Network Nat'l | Unsecured | 1,981.01 | 325.96 |
| 16. | B-First | Unsecured | 1,547.04 | 254.55 |
| 17. | Wells Fargo Bank | Unsecured | 5,151.67 | 847.67 |
| 18. | Sallie Mae | Unsecured | | No Claim Filed |
| 19. | Bank Of America | Unsecured | | No Claim Filed |
| 20. | Chase Mastercard/Visa | Unsecured | | No Claim Filed |
| 21. | In Charge Debt Solutions | Unsecured | | No Claim Filed |
| 22. | Jessica Tomasello | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 60,051.56 | $ 22,415.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dale, Amy F

Printed: 9/12/06

Case Number: 04 B 39634
Judge: Hollis, Pamela S
Filed: 10/25/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 260.00 |
| 4% | 180.00 |
| 3% | 123.01 |
| 5.5% | 544.50 |
| 5% | 53.81 |
|  | _____ |
|  | $ 1,161.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_